UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


DELTA STARR BROADCASTING, L.L.C.              CIVIL ACTION

*Jointly Administered with*

LA-TERR BROADCASTING CORP.

                                              NO: 10-4465

                                              Bankruptcy No:
                                              05-12087 c/w 06-
                                              10107 and 06-10523

                                              SECTION: R(3)


### ORDER AND REASONS

Before the Court is the appeal of Vincent Bruno and John Treen of an October 13, 2010 order entered by the United States Bankruptcy Court for the Eastern District of Louisiana. The Bankruptcy Court ordered that the Trustee's Final Report and Proposed Distribution be approved and that the funds of the estate be distributed in accordance therewith. Bruno and Treen contend that the Bankruptcy Court should not have approved the Trustee's distribution while their appeal of this Court's order[1] affirming the Bankruptcy Court's ruling that it had subject matter jurisdiction was pending before the Court of Appeals. The Fifth Circuit has now affirmed the order of this Court that Bruno

---

[1] *In re Delta Starr Broadcasting, L.L.C.*, No. 09-7127 (E.D. La. Feb. 5, 2010).

and Treen were challenging.[2] Whether the Bankruptcy Court was correct in approving the Trustee's distribution while the jurisdictional appeal was pending before the Fifth Circuit is now moot. Therefore, Bruno and Treen's appeal of the Bankruptcy Court's order is DISMISSED AS MOOT.

New Orleans, Louisiana, this 28th day of April, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2] *In re Delta Starr Broadcasting, L.L.C.*, No. 10-30195 (5th Cir. Apr. 19, 2011) (*per curiam*).